Skip to Main Content Logout My Account Search Menu Search Civil, Family, Probate and Tax Court Case Records Refine Search Back

Location : All Locations   Images   Help

# REGISTER OF ACTIONS
## CASE NO. 17CV44670

| | | |
|---|---|---|
| Benjamin Barber vs Pat Garrett | § § § § | Case Type: **Post Conviction Relief**<br>Date Filed: **10/12/2017**<br>Location: **Washington** |

---

### RELATED CASE INFORMATION

**Related Cases**
16CR46339 (Post Conviction Relief)

---

### PARTY INFORMATION

| | | | |
|---|---|---|---|
| Defendant | Garrett, Pat<br><br>215 SW Adams<br>MS 32<br>Hillsboro, OR 97123 | | **Attorneys**<br>**RAYNEY MEISEL**<br>*Retained*<br>503 846-8671 x8315(W)<br><br>~~MATTHEW ROBERT LEHMAN~~<br>~~*Retained*~~<br>~~503 846-8671(W)~~ |
| Petitioner | Barber, Benjamin *Also Known As* Barber, Benjamin Jay<br><br>Booking #19-03313<br>215 SW Adams MS35<br>Hillsboro, OR 97123-3874<br>SID: OR17474177 | Male White<br>DOB: 1985<br>5' 10", 165 lbs | **NOEL GREFENSON**<br>*Court Appointed*<br>503 371-1700(W)<br><br>~~Pro Se~~ ~~JON H WEINER~~<br>~~*Court Appointed*~~<br>~~503 399-7001(W)~~<br><br>~~TARA J HERIVEL~~<br>~~*Retained*~~<br>~~503 893-5525(W)~~ |

---

### EVENTS & ORDERS OF THE COURT

**DISPOSITIONS**

10/24/2017 | **Judgment - Limited Creates Lien** (Judicial Officer: Erwin, Andrew R)
Monetary Award (Unsatisfied, 10/24/2017)
Signed Date: 10/24/2017
Expiration Date: 10/24/2027
Monetary Award:
   Creditor: State of Oregon, Debtor: Benjamin Jay Barber, Unsatisfied, Award Type: Judgment Fees, Amount: $265.00, Rate: 9.00%
Total: $265
Comments: deferred filing fees
Created: 10/24/2017 12:08 PM

11/19/2018 | **Amended Judgment - General Dismissal** (Judicial Officer: Butterfield, Eric E) Reason: Court Order
Comment (***VACATED***State's motion to dismiss granted)
Created: 11/19/2018 2:48 PM

   03/19/2018 **Judgment - General Dismissal** (Judicial Officer: Butterfield, Eric E)
     Comment (State's motion to dismiss granted)
     Created: 03/19/2018 4:35 PM

**OTHER EVENTS AND HEARINGS**

10/12/2017 | **Petition**
Created: 10/12/2017 1:34 PM

10/12/2017 | **Application - Fee Deferral Waiver**
Created: 10/12/2017 1:34 PM

10/12/2017 | **Motion**
*for copy of trial records*
Created: 10/12/2017 1:34 PM

10/12/2017 | **Certificate**
*of service to DA office*
Created: 10/12/2017 1:43 PM

10/12/2017 | **Order - Appointing Counsel** (Judicial Officer: Erwin, Andrew R)
*Attorney:Oregon Post Conviction Consortium LLC.*
Signed: 10/12/2017
Created: 10/19/2017 1:02 PM

10/7/2019, 10:54 AM

| Date | Entry |
|---|---|
| 10/24/2017 | **Digitized Judgment Document** (Judicial Officer: Erwin, Andrew R )<br>*deferred fees owing*<br>Signed Date: 10/18/2017<br>Created: 10/24/2017 12:11 PM |
| 10/24/2017 | **Notice - Judgment Entry**<br>Created: 10/24/2017 12:11 PM |
| 10/24/2017 | **Order** (Judicial Officer: Erwin, Andrew R )<br>*setting filing deadlines*<br>Signed: 10/24/2017<br>Created: 10/24/2017 4:49 PM |
| 11/13/2017 | **Motion**<br>*to suspend local rule or appoint ptf as co-counsel*<br>Created: 11/13/2017 5:06 PM |
| 11/13/2017 | **Subpoena - Duces Tecum**<br>*to Marie Atwood*<br>Created: 11/13/2017 5:06 PM |
| 11/13/2017 | **Subpoena - Duces Tecum**<br>*to United States Copyright Office*<br>Created: 11/13/2017 5:06 PM |
| 11/13/2017 | **Subpoena - Duces Tecum**<br>*to Melanie Kebler*<br>Created: 11/13/2017 5:06 PM |
| 11/15/2017 | **Order - Denial** (Judicial Officer: Erwin, Andrew R )<br>*mot to suspend local rule (sent e-notice in error on 2-12-18)*<br>Signed: 11/15/2017<br>Created: 11/20/2017 5:01 PM |
| 01/31/2018 | **Motion - Attorney Withdrawal**<br>Created: 02/02/2018 8:12 AM |
| 02/08/2018 | **Motion - Time Extension**<br>Created: 02/09/2018 8:23 AM |
| 02/13/2018 | **Motion - Dismissal**<br>Created: 02/14/2018 9:48 AM |
| 02/13/2018 | **Memorandum - Support Motion**<br>*For jgmt of dismissal*<br>Created: 02/14/2018 9:48 AM |
| 02/22/2018 | **Order** (Judicial Officer: Erwin, Andrew R )<br>*ext time to file formal petition thru 4-10-18*<br>Signed: 02/20/2018<br>Created: 02/22/2018 4:19 PM |
| 03/07/2018 | **Notice**<br>*Church v Gladden*<br>Created: 03/07/2018 3:05 PM |
| 03/19/2018 | **Hearing** (1:30 PM) (Judicial Officer Butterfield, Eric E)<br>*Motion to Withdraw and State's Motion to Dismiss*<br>Result: Held<br>Created: 02/14/2018 12:41 PM |
| 03/19/2018 | **Digitized Judgment Document** (Judicial Officer: Butterfield, Eric E )<br>*****VACATED*****dismiss w/state's motion*<br>Signed Date: 03/19/2018<br>Created: 03/19/2018 4:48 PM |
| 03/19/2018 | **Notice - Judgment Entry**<br>Created: 03/19/2018 4:48 PM |
| 03/19/2018 | **Closed**<br>Created: 03/19/2018 4:48 PM |
| 04/11/2018 | **Notice - Appeal**<br>*A167498 (3/19/18 Judgment)*<br>Created: 04/11/2018 9:23 AM |
| 04/12/2018 | **Notice**<br>Created: 04/12/2018 9:44 AM |
| 04/12/2018 | **Motion**<br>*to arrest judgment or correct the record*<br>Created: 04/12/2018 9:44 AM |
| 04/12/2018 | **Memorandum - Support Motion**<br>*to arrest judgment*<br>Created: 04/12/2018 9:44 AM |
| 04/17/2018 | **Order - Appointing Counsel** (Judicial Officer: Hadlock, Erika L )<br>*and Authorization for Transcript at State Expense for Appeal*<br>Signed: 04/17/2018<br>Created: 04/17/2018 11:32 AM |
| 04/17/2018 | **Notice**<br>*Transcript Notification for Appeal A167498*<br>Created: 04/17/2018 11:32 AM |
| 04/25/2018 | **Certificate**<br>*of Preparation and Service of Transcript(s) for Electronic Filing at Court of Appeals*<br>Created: 04/25/2018 9:47 AM |
| 05/21/2018 | **Certificate**<br>*of Electronic Filing of Transcript(s) at Court of Appeals by: Sue Beal*<br>Created: 05/21/2018 9:25 AM |
| 05/21/2018 | **Notice**<br>*Electronic Copy of Court File Uploaded to COA; No Exhibits for this Case A167498*<br>Created: 05/21/2018 1:40 PM |
| 08/13/2018 | **Motion - Relief from Judgment**<br>Created: 08/14/2018 9:52 AM |
| 10/01/2018 | **Notice**<br>*Regarding Appeal Abeyance*<br>Created: 10/02/2018 9:45 AM |

| Date | Entry |
|---|---|
| 10/12/2018 | **Notice** <br> *to court* <br> Created: 10/12/2018 3:41 PM |
| 11/09/2018 | **Order - Set Aside Judgment (Post-Disposition)** (Judicial Officer: Butterfield, Eric E) <br> *& remove atty Weiner* <br> Signed: 11/09/2018 <br> Created: 11/19/2018 2:36 PM |
| 11/19/2018 | **Motion** <br> *remove to Federal Court* <br> Created: 11/19/2018 2:53 PM. |
| 12/05/2018 | **Order - Denial** (Judicial Officer: Erwin, Andrew R) <br> *mot to remove to Federal Court* <br> Signed: 12/05/2018 <br> Created: 12/13/2018 11:43 AM |
| 12/19/2018 | **Return - Mail** <br> Created: 12/19/2018 10:37 AM |
| 12/27/2018 | **Notice - Representation** <br> Created: 12/28/2018 8:11 AM |
| 01/30/2019 | **Order** (Judicial Officer: Nass, James W) <br> *A167498 - COA dismissed appeal as moot* <br> Signed: 12/24/2018 <br> Created: 01/30/2019 3:28 PM |
| 02/15/2019 | **Filing Copy - Dismiss on Appeal (Post-Disposition)** <br> *A167498 - appeal is moot* <br> Created: 02/15/2019 9:38 AM |
| 02/19/2019 | **Motion** <br> *to set scheduling deadlines* <br> Created: 02/20/2019 1:31 PM |
| 02/19/2019 | **Declaration** <br> Created: 02/20/2019 1:31 PM |
| 02/26/2019 | **Order** (Judicial Officer: Butterfield, Eric E) <br> *scheduling deadlines* <br> Signed: 02/22/2019 <br> Created: 02/26/2019 9:47 AM |
| 04/18/2019 | **Motion - Time Extension** <br> Created: 04/18/2019 11:56 AM |
| 04/18/2019 | **Declaration** <br> *sup mot ext time* <br> Created: 04/18/2019 11:56 AM |
| 04/24/2019 | **Order** (Judicial Officer: Butterfield, Eric E) <br> *ext time to file amended petition 6-18-19* <br> Signed: 04/24/2019 <br> Created: 04/26/2019 1:05 PM |
| 05/10/2019 | **Notice** <br> *of intent to proceed on original petition* <br> Created: 05/13/2019 11:37 AM |
| 05/23/2019 | **Motion - Attorney Withdrawal** <br> Created: 05/24/2019 9:14 AM |
| 05/23/2019 | **Declaration** <br> *sup mot w/draw atty* <br> Created: 05/24/2019 9:14 AM |
| 05/23/2019 | **Order** (Judicial Officer: Butterfield, Eric E) <br> Signed: 05/24/2019 <br> Created: 05/31/2019 9:05 AM |
| 05/24/2019 | **Order - Withdrawal of Attorney** (Judicial Officer: Butterfield, Eric E) <br> Signed: 05/24/2019 <br> Created: 05/30/2019 1:28 PM |
| 06/07/2019 | **Motion** <br> *to instruct counsel part I, II, III* <br> Created: 06/12/2019 4:12 PM |
| 06/12/2019 | **Petition - Amended** <br> Created: 06/12/2019 4:56 PM |
| 06/12/2019 | **Motion** <br> *recuse Judge Butterfield* <br> Created: 06/18/2019 4:14 PM |
| 06/12/2019 | **Motion - Strike** <br> *notice to proceed on original petition; leave to file amend petition* <br> Created: 06/18/2019 4:14 PM |
| 06/12/2019 | **Motion - Time Extension** <br> Created: 06/18/2019 4:14 PM |
| 06/12/2019 | **Motion** <br> *instruct counsel part II and part III* <br> Created: 06/18/2019 4:14 PM |
| 06/20/2019 | **Motion - Appoint Counsel** <br> Created: 06/20/2019 1:10 PM |
| 06/25/2019 | **Order - Denial** (Judicial Officer: Butterfield, Eric E) <br> *MOTION FOR APPOINTMENT OF COUNSEL* <br> Signed: 06/25/2019 <br> Created: 06/26/2019 3:58 PM |
| 07/12/2019 | **Motion** <br> *to compel* <br> Created: 07/12/2019 11:29 AM |
| 08/01/2019 | **Certificate** <br> *of service of amended petition* <br> Created: 08/01/2019 9:01 AM |

| Date | Entry |
|---|---|
| 08/12/2019 | **Motion - Compel Discovery**<br>Created: 08/12/2019 4:14 PM |
| 08/12/2019 | **Application - Fee Deferral Waiver** — Confidentail - Not for public<br>Created: 08/12/2019 4:15 PM |
| 08/12/2019 | **Order - Fee Waiver** (Judicial Officer: Authority, Administrative )<br>*$105 MRJ1*<br>Signed: 08/12/2019<br>Created: 08/12/2019 4:15 PM |
| 08/12/2019 | **Motion - Summary Judgment**<br>Created: 08/12/2019 4:15 PM |
| 08/13/2019 | **Motion - Dismissal**<br>Created: 08/13/2019 9:07 AM |
| 08/16/2019 | **Hearing - Status Check** (9:00 AM) (Judicial Officer Butterfield, Eric E)<br>    08/16/2019 Reset by Court to 08/16/2019<br>Result: Held<br>Created: 08/01/2019 2:06 PM |
| 08/16/2019 | **Order** (Judicial Officer: Butterfield, Eric E )<br>*cont to 9-20-19*<br>Signed: 08/16/2019<br>Created: 08/16/2019 9:39 AM |
| 08/19/2019 | **Order - Appointing Counsel** (Judicial Officer: Butterfield, Eric E )<br>*Attorney: Noel Grefenson*<br>Signed: 08/19/2019<br>Created: 08/20/2019 8:12 AM |
| 08/20/2019 | **Motion**<br>*amend judgment*<br>Created: 08/20/2019 9:28 AM |
| 08/20/2019 | **Notice**<br>*excerpt of record; in support of mot to amend judgment*<br>Created: 08/20/2019 9:28 AM |
| 08/20/2019 | **Subpoena - Duces Tecum**<br>Created: 08/20/2019 9:28 AM |
| 08/20/2019 | **Notice - Representation**<br>Created: 08/20/2019 1:19 PM |
| 08/22/2019 | **Motion - Appoint Counsel**<br>*"stand by counsel"*<br>Created: 08/22/2019 10:07 AM |
| 08/22/2019 | **Motion**<br>*compel respondent to make more definite & certain*<br>Created: 08/22/2019 10:07 AM |
| 08/22/2019 | **Memorandum - Support Motion**<br>*for sum jgm*<br>Created: 08/22/2019 10:07 AM |
| 08/22/2019 | **Motion**<br>*compel interogetories re: service of documents*<br>Created: 08/22/2019 10:07 AM |
| 08/22/2019 | **Motion**<br>*compel clerk of court to provide documents to petitioner*<br>Created: 08/22/2019 10:07 AM |
| 08/22/2019 | **Certificate**<br>*of service of multiple documents*<br>Created: 08/22/2019 10:07 AM |
| 08/30/2019 | **Affidavit**<br>*attachments to petition; affidavits in support of mot for sum jgm*<br>Created: 08/30/2019 3:36 PM |
| 09/05/2019 | **Motion**<br>*to instruct or replace counsel*<br>Created: 09/05/2019 12:01 PM |
| 09/05/2019 | **Motion**<br>*set hearing for sum jgm*<br>Created: 09/05/2019 12:01 PM |
| 09/05/2019 | **Motion - Default Order**<br>Created: 09/05/2019 12:01 PM |
| 09/05/2019 | **Response**<br>*to respondent mot dismiss*<br>Created: 09/05/2019 12:01 PM |
| 09/18/2019 | **Memorandum - At Law**<br>*sup mot sum jgm*<br>Created: 09/18/2019 2:32 PM |
| 09/19/2019 | **Response**<br>*to mot dismiss*<br>Created: 09/20/2019 8:56 AM |
| 09/20/2019 | **Hearing - Status Check** (1:00 PM) (Judicial Officer Butterfield, Eric E)<br>*Def's Mtn to Dismiss*<br>Result: Held<br>Created: 08/16/2019 9:39 AM |
| 09/20/2019 | **Order** (Judicial Officer: Butterfield, Eric E )<br>*from status check hearing*<br>Signed: 09/20/2019<br>Created: 09/25/2019 1:24 PM |
| 09/23/2019 | **Order** (Judicial Officer: Butterfield, Eric E ) — Envelope #2 only 180 pages<br>*\*\*DENIED\*\*mot to file under seal*<br>Signed: 09/20/2019<br>Created: 09/23/2019 12:57 PM |

| 02/21/2020 | Hearing - Status Check (8:59 AM) (Judicial Officer Butterfield, Eric E) |
|---|---|
| | *status of pleadings/motions* |
| | Created: 09/25/2019 1:36 PM |

## FINANCIAL INFORMATION

| | Petitioner Barber, Benjamin | |
|---|---|---:|
| | Total Financial Assessment | 370.00 |
| | Total Payments and Credits | 105.00 |
| | **Balance Due as of 10/07/2019** | **265.00** |
| 10/12/2017 | Transaction Assessment | 265.00 |
| 08/13/2019 | Transaction Assessment | 105.00 |
| 08/13/2019 | Waiver | (105.00) |